PROB 12C  
(7/93)

Report Date: October 3, 2014

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 06 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Toney August Schomer          Case Number: 2:06CR00059-WFN-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 23, 2006

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence:       Prison 57 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Aine Ahmed                  Date Supervision Commenced: March 15, 2012

Defense Attorney:        Meredith B. Esser           Date Supervision Expires: March 14, 2015

---

### PETITIONING THE COURT

**To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on September 26, 2014.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: On September 30, 2014, the U.S. Probation/Pretrial Services Office in the District of Idaho contacted the undersigned officer to advise that Mr. Schomer had been arrested in their district on the warrant issued by the Court on September 26, 2014, for allegedly violating the conditions of his supervised release.<br><br>In addition, also on September 30, 2014, the undersigned officer was contacted by Mr. Schomer's wife, Kristina Schomer. Mrs. Schomer confirmed that Mr. Schomer had been arrested in Kootenai County, Idaho, the night before on the warrant issued for the offender's alleged violations of supervised release. In addition, Mrs. Schomer confirmed Mr. Schomer moved with his family to a hotel in Coeur d'Alene, Idaho, in September 2014. Mr. Schomer did not obtain prior permission to move or travel to the District of Idaho. |

Prob12C
Re: Schomer, Toney August
October 3, 2014
Page 2

On October 1, 2014, Mr. Schomer made his initial appearance in the District of Idaho in relation to the warrant the Court issued on September 26, 2014, for his alleged violations of supervised release. Subsequently, Mr. Schomer was ordered to remain in custody and be transferred to the Eastern District of Washington.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on September 26, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  October 3, 2014

s/Erik Carlson

Erik Carlson
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

10/6/14

Date